UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JIBAU W. HARVEY**, | Case No. 5:10 CV 1633 |
| Plaintiff, | U.S. District Judge John R. Adams |
| - v. - | |
| **PARTSSOURCE, INC.**, et al., | |
| Defendants | |

### DEFENDANTS' MOTION FOR SANCTIONS

Defendants PartsSource, Inc., Donald Hubbard, Jeffrey Dalton, and Nancy Swisher move the Court to sanction Plaintiff Jibau W. Harvey for giving false testimony at his deposition on December 20, 2010, and thereby abusing the discovery process and committing a fraud upon the Court. The reasons in support of this Motion are set forth in the accompanying Memorandum of Points and Authorities and the evidence cited therein.

Respectfully submitted,

ZASHIN & RICH CO., L.P.A.

By: *s/B. Jason Rossiter*
Stephen S. Zashin (Ohio Bar No. 0064557)
ssz@zrlaw.com
B. Jason Rossiter (Ohio Bar No. 0069775)
bjr@zrlaw.com
55 Public Square, 4th Floor
Cleveland, Ohio 44113

Attorneys for Defendants, PartsSource, Inc., Donald Hubbard, Jeffrey Dalton, and Nancy Swisher.

- 2 -

## CERTIFICATE OF SERVICE

I certify that on March 14, 2011, I electronically filed the foregoing "*Defendants' Motion for Sanctions.*" All parties and counsel will receive service of this filing through the Court's electronic filing system and may access the filing through the Court's system.

      *s/B. Jason Rossiter*
      One of Defendants' Attorneys